```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNION SQUARE SUPPLY INC, individually    :
and on behalf of a class of all other    :    21cv2390 (DLC)
persons similarly situated,              :
                                         :            ORDER
                Plaintiff,               :
                                         :
        -v-                              :
                                         :
MAYOR BILL DE BLASIO, CITY OF NEW YORK   :
NEW YORK CITY DEPARTMENT OF CONSUMER     :
AND WORKER PROTECTION, LORELAI SALAS,    :
as Commissioner of the New York City     :
Department of Consumer and Worker        :
Protection, OFFICE OF ADMINISTRATIVE     :
TRIALS & HEARINGS, and JONI KLETTER, a   :
Commissioner and Chief Administrative    :
Law Judge of the Office of               :
Administrative Trials and Hearings,      :
INSPECTOR DAVI, and INSPECTOR JOHN       :
DOE(S) AND INSPECTOR JANE DOE(S),        :
to be identified later,                  :
                                         :
                Defendants.              :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On March 19, 2021, the plaintiff filed the above-captioned case.  The complaint principally alleges that New York City's price gouging statute is enforced in an unconstitutional manner and seeks injunctive relief and monetary damages.  Later on March 19, the plaintiff moved for a temporary restraining order, seeking to enjoin the enforcement of a penalty imposed on the plaintiff under New York City's price gouging statute and to

enjoin future enforcement actions under the statute.  It is hereby

ORDERED that the plaintiffs shall serve their March 19 motion for a temporary restraining order on the defendants by **March 22, 2021.**

IT IS FURTHER ORDERED that the plaintiff shall promptly file affidavits of service.

IT IS FURTHER ORDERED that a conference is scheduled for **March 23, 2021 at 4 pm.**  The conference shall proceed via the Microsoft Teams videoconference platform.  To access the conference, paste the following link into your browser: https://teams.microsoft.com/l/meetup-join/19%3ameeting_YTczMzYxNTYtNDllZi00MzgxLWIyZjEtZjVkNDNmNGY2ZDZh%40thread.v2/0?context=%7b%22Tid%22%3a%221d66f037-8266-4d1c-919c-67c6543d3542%22%2c%22Oid%22%3a%2220b3b4ec-1ef6-4484-88f4-2126fecd52fa%22%7d

To use this link, you may need to download software to use the platform's videoconferencing features.[1]  The link in this order is currently live.  **Participants are directed to test their videoconference setup in advance of the conference -- including their ability to access the link.**  Participants shall

---

[1] See Microsoft, Download Microsoft Teams (last visited Dec. 7, 2020), https://www.microsoft.com/en-us/microsoft-365/microsoft-teams/download-app.

report any difficulties accessing the link to chambers **no later than 24 hours** in advance of the conference so that chambers may assist the parties.

Users who are unable to download the Microsoft Teams application may access the meeting through an internet browser, although downloading the Teams application is highly recommended.[2] If the participant is using an internet browser, it is recommended to use either **Microsoft Edge** or **Google Chrome** as Teams is not fully compatible with other browsers. Participants should also ensure that their webcam, microphone, and headset or speakers are all properly configured to work with Microsoft Teams. For general guidelines for participation in remote conferences, visit https://nysd.uscourts.gov/covid-19-coronavirus.

IT IS FURTHER ORDERED that members of the press, public, or counsel who are unable to successfully access Microsoft Teams may access the conference's audio using the following credentials:

---

[2] Please note that participants who access the Teams meeting using an internet browser may only be able to view one participant at a time.

```
        Call-in number:      917-933-2166
        Conference ID:       840 182 38#

    SO ORDERED:

Dated:   New York, New York
         March 19, 2021
```

_____
DENISE COTE
United States District Judge