```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNION SQUARE SUPPLY INC, individually    :
and on behalf of a class of all other    :    21cv2390 (DLC)
persons similarly situated,              :
                                         :         ORDER
                    Plaintiff,           :
                                         :
        -v-                              :
                                         :
MAYOR BILL DE BLASIO, CITY OF NEW YORK   :
NEW YORK CITY DEPARTMENT OF CONSUMER     :
AND WORKER PROTECTION, LORELAI SALAS,    :
as Commissioner of the New York City     :
Department of Consumer and Worker        :
Protection, OFFICE OF ADMINISTRATIVE     :
TRIALS & HEARINGS, and JONI KLETTER, a   :
Commissioner and Chief Administrative    :
Law Judge of the Office of               :
Administrative Trials and Hearings,      :
INSPECTOR DAVI, and INSPECTOR JOHN       :
DOE(S) AND INSPECTOR JANE DOE(S),        :
to be identified later,                  :
                                         :
                    Defendants.          :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On March 19, 2021, the plaintiff in this action moved for a temporary restraining order. On March 23, 2021, the Court held a conference on the plaintiff's motion. For the reasons stated on the record at the March 23, 2021 conference, it is hereby

ORDERED that the plaintiff's motion for a temporary restraining order is denied.

SO ORDERED:

Dated:    New York, New York
          March 23, 2021

_____
DENISE COTE
United States District Judge