UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
UNION SQUARE SUPPLY, INC.,               :
                                         :
                         Plaintiff,      :   21cv2390 (DLC)
                                         :
              -v-                        :   ORDER
                                         :
MAYOR BILL DE BLASIO, et al.,            :
                                         :
                         Defendants.     :
                                         :
-----------------------------------------X

DENISE COTE, District Judge:

On June 1, 2021, the defendants filed a motion to dismiss the complaint pursuant to Rule 12(b)(6), Fed. R. Civ. P. Under Rule 15(a)(1)(B), Fed. R. Civ. P., a plaintiff has 21 days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course. Accordingly, it is hereby

ORDERED that the plaintiff shall file any amended complaint by **June 22, 2021**. It is unlikely that the plaintiff will have a further opportunity to amend.

IT IS FURTHER ORDERED that if no amended complaint is filed, the plaintiff shall file any opposition to the motion to dismiss by **June 22, 2021**. The defendants' reply, if any, shall

be filed by **July 6, 2021**.

Dated:  New York, New York
        June 1, 2021

                                   _____
                                         DENISE COTE
                                   United States District Judge