UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
UNION SQUARE SUPPLY, INC.,              :
                                        :
                    Plaintiff,          :        21cv2390 (DLC)
                                        :
          -v-                           :            ORDER
                                        :
MAYOR BILL DE BLASIO, et al.,           :
                                        :
                    Defendants.         :
                                        :
----------------------------------------X

DENISE COTE, District Judge:

On June 1, 2021, the defendants filed a motion to dismiss
the complaint pursuant to Rule 12(b)(6), Fed. R. Civ. P.  On
June 22, the plaintiff filed an amended complaint.  Accordingly,
it is hereby

ORDERED that the defendants' June 1 motion shall be
terminated as moot.

IT IS FURTHER ORDERED that the defendants shall respond to
the amended complaint by **July 13**.  If the defendants renew their
motion to dismiss, the plaintiff shall file any opposition to
the renewed motion by **August 3**.  Defendants shall file any reply
by **August 17**.  At the time any reply is served, the moving party
shall supply Chambers with two (2) courtesy copies of all motion
papers by mailing or delivering them to the United States

Courthouse, 500 Pearl Street, New York, New York.

Dated:      New York, New York
            June 23, 2021

                                    _____
                                            DENISE COTE
                                    United States District Judge