```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
UNION SQUARE SUPPLY, INC.,               :
                                         :    21cv2390 (DLC)
                   Plaintiff,            :
                                         :        ORDER
          -v-                            :
                                         :
MAYOR BILL DE BLASIO, et al.,            :
                                         :
                   Defendants.           :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

On October 26, 2021, counsel for the defendants submitted a letter pursuant to Rule 3.G. of the Court's Individual Practices in Civil Cases, noting that a motion has been fully submitted for sixty days. The parties are hereby advised that the Court is aware of the fully submitted motion, and will decide it as expeditiously as possible.

Dated:    New York, New York
          October 26, 2021

                                    _____
                                            DENISE COTE
                                    United States District Judge