## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X
UNION SQUARE SUPPLY INC., individually
and on behalf of a class of all other persons
similarly situated,

                     Plaintiff,                  21 **CIVIL** 2390 (DLC)

       -against-                          **JUDGMENT**

MAYOR BILL DE BLASIO, CITY OF NEW YORK,
NEW YORK CITY DEPARTMENT OF CONSUMER
AND WORKER PROTECTION, LORELAI SALAS,
as Commissioner of the New York City
Department of Consumer and Worker
Protection, OFFICE OF ADMINISTRATIVE
TRIALS & HEARINGS, JONI KLETTER, as
Commissioner and Chief Administrative Law
Judge of the Office of Administrative Trials and
Hearings, INSPECTOR DAVI, and INSPECTOR
JOHN DOE(S) AND INSPECTOR JANE DOE(S),
to be identified later,

                     Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated November 16, 2021, The City's motion to dismiss is granted. Because Union Square Supply has had an opportunity to amend its complaint in response to the City's motion to dismiss, has failed to address the complaint's deficiencies, and has not requested further leave to amend, the dismissal of Union Square Supply's federal claims is with prejudice. See TechnoMarine SA v. Giftports, Inc., 758 F.3d 493, 505-06 (2d Cir. 2014). The state law claims are dismissed

without prejudice to renewal in state court. Judgment is entered for the defendants and this case is closed.

Dated: New York, New York
November 17, 2021

                                      **RUBY J. KRAJICK**
                                      **Clerk of Court**
                **BY:**
                                      **Deputy Clerk**